AARON D. FORD
Attorney General
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1227
E-mail:  acnelson@ag.nv.gov

*Attorneys for Defendants
Richard Ashcraft, Steven Cornfield,
Robyn Feese, Kristy Fonoimoana,
Travis Fratis, Nadine Goodwin,
Debra Gregoire, Veronica Meza,
Colter Rynerson, and Robert Suwe*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 3:22-cv-00044-RCJ-CLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| PHOENIX PROGRAM, *et al.*, | |
| Defendants. | |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby

///
///
///
///
///
///
///
///
///

Page 1

1 stipulate that above-captioned matter should be dismissed with prejudice by order of this
2 Court, with each party to bear their own costs.
3 DATED this 5 day of October, 2023.         DATED this 5th day of October, 2023.

_____         /s/ Andrew C. Nelson
LAUSTEVEION JOHNSON                            ANDREW C. NELSON, Bar No. 15971
*Plaintiff, pro se*                            Deputy Attorney General
                                               *Attorney for the Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 16, 2023